**UNITED STATES DISTRICT COURT**

for

**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

U.S.A. vs. Kiara B. Godfrey                                    Docket No. 5:10-MJ-1391-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment of Kiara B. Godfrey, who, upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 5), was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on September 11, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall surrender North Carolina driver's license to the Clerk of this Court for mailing to the North Carolina Division of Motor Vehicles and not operate a motor vehicle on the highways of the State of North Carolina except in accordance with the terms and conditions of a limited driving privilege issued by the appropriate North Carolina Judicial Official.

On December 18, 2013, a violation report was submitted to the court reporting the defendant had committed the offenses of Driving While License Revoked and Failure to Reduce Speed (13CR6575) in Cumberland County, NC. The defendant was verbally reprimanded and instructed not to drive unless properly licensed. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 30, 2013, the defendant was charged on the Fort Bragg Military Reservation with the offense of Driving While License Revoked. The defendant reports she was driving from work when she encountered a licence check. Since receiving the citation, the defendant has obtained a limited driving privilege. At this time, we are recommending that the defendant be ordered to perform 24 hours of community service as a sanction for this conduct.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Kiara B. Godfrey
Docket No. 5:10-MJ-1391-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt<br>Robert K. Britt<br>Senior U.S. Probation Officer | /s/ Eddie J. Smith<br>Eddie J. Smith<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: January 14, 2014 |

### ORDER OF COURT

Considered and ordered this 14th day of January, 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge